

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00260-CV

Kafai **LEE**,
Appellant

v.

Kenneth **LAU**, Connie Andrews, and Golden Wok, LTD.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12940
The Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Judy Stewart's extension of time to file the Reporter's Record is this date NOTED. Time is extended to July 24, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

Thomas G. Kemmy
Law Offices of Thomas G. Kemmy
322 W Woodlawn Ave
San Antonio, TX 78212-3311

Sylvan S. Lang
Lang Law Firm P.C.
13409 NW Military Hwy, Suite 210
San Antonio, TX 78231

Todd A. Prins
4940 Broadway St Ste 108
San Antonio, TX 78209-5732